DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHRISTINE SCOTT,**
Appellant,

v.

**PIN-GRO-VIL, INC.,** a Florida Not-for-profit corporation, et al,
Appellees.

No. 4D21-1747

[January 26, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John S. Kastrenakes, Judge; L.T. Case No. 50-2018-CA-010836-XXXX-MB.

Christine Scott, Deerfield Beach, pro se.

Therese A. Savona of Cole Scott & Kissane, P.A., Orlando, for appellee Pin-Gro-Vil, Inc.

PER CURIAM.

*Affirmed.*

WARNER, CIKLIN and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***